IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| EDDIE MAYS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 10-2281 WEB-DWB |
| UPS, UPS/IBT PENSION PLAN, | ) ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM AND ORDER

The case comes before the Court on Plaintiff's Motion to Withdraw/Dismiss Case (Doc. 15). The Court interprets this motion as a Rule 41(a)(1)(A)(i) voluntary dismissal by the plaintiff. Seeing that the defendant has not yet filed an answer or a motion for summary judgment, such a voluntary dismissal is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Withdraw/Dismiss Case (Doc. 15) be GRANTED. The case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of July 2010, at Wichita, Kansas.

s/ Wesley E. Brown
Wesley E. Brown
U.S. Senior District Judge